UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

In Re: )
CALVO, Roy )
CALVO, Della ) Case No. 15-22146-MER
) Chapter 7
Debtors. )

**STATEMENT UNDER PENALTY OF PERJURY
CONCERNING PAYMENT ADVICES
DEBTOR DELLA CALVO**

I, Della Calvo, state as follows:

I did not file with the Court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

Check applicable boxes:

☒ I was not employed during the period immediately preceding the filing of the above-referenced case, 2/2015 through 10/2015.
☐ I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;
☐ I am self-employed and do not receive any evidence of payment from an employer;
☐ Other (please provide explanation):

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: December 18, 2015

By:

_____
Della Calvo
570 London Avenue
Lafayette, CO 80241

Respectfully submitted,
Law Offices of Vincent J. Buzek, LLC

_____
Vincent J. Buzek #24275
2 Garden Center, Suite 305
Broomfield, CO 80020
(303) 465-5555
ATTORNEY FOR DEBTOR