UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

In Re )
) Case No: 15-22146 MER
Calvo, Roy ) Chapter 7
Calvo, Della )
###-##-3823 )
###-##-1078 )
Debtors )

## MOTION TO APPROVE COMPROMISE AND SETTLEMENT

Jeanne Y. Jagow, Chapter 7 Trustee ("Trustee"), hereby moves the Court to enter an Order approving a compromise and settlement entered into by and between the Chapter 7 Trustee and the Debtors, pursuant to 11 U.S.C. §105 and Federal Rule of Bankruptcy Procedure 9019, as follows:

1. The Debtors filed a voluntary Chapter 7 bankruptcy petition on October 30, 2015. The Meeting of Creditors was conducted and concluded on January 20, 2016.

2. Jeanne Y. Jagow was subsequently appointed the Chapter 7 Trustee and serves as the duly qualified and acting Trustee in this case.

3. The Trustee determined that there was nonexempt equity in the Debtors' personal residence located at 570 London Ave., Lafayette, Colorado, 80026-1138.

4. After taking into account the costs of sale, the risks of a public sale and the age and condition of the property, the Trustee and the Debtors entered into an agreement resolving the estate's interest in this property in which the Debtors agreed to pay the Trustee the sum of $13,000.00 for the bankruptcy estate's interest in this property, which has been paid in full.

5. Trustee asserts that this compromise and settlement between the estate and the Debtors is fair and reasonable, is in the best interest of the estate and its creditors, and should be approved by the Court because the Trustee is receiving fair value for this property. A settlement of this matter saves the bankruptcy estate any expenses and fees incurred in a public sale, the bankruptcy estate is not guaranteed a specific price or value if this property were sold at auction, and the Debtors are able to retain their personal residence as a part of their financial fresh start.

Wherefore, the Trustee requests that the Court enter an Order approving this compromise and settlement.

Dated: August 14, 2017                    /s/Jeanne Y. Jagow
                                          Jeanne Y. Jagow, Chapter 7 Trustee
                                          P.O. Box 271088
                                          Littleton, CO  80127
                                          Telephone: (303) 798-1255
                                          Facsimile:   303-265-9506
                                          Email: jjagow@jagowlaw.us